IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.:  3:06cr442/LAC
3:07cv398/LAC/MD

BENNIE GILES
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 23, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.  No objections were filed.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's oral motion to withdraw his § 2255 motion is GRANTED and the motion to vacate, set aside, or correct sentence (doc. 50) is dismissed.

DONE AND ORDERED this 30th day of October, 2008.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**